## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | * | **CIVIL ACTION: 20-2383** |
|    Plaintiff | * | **NUMBER:** |
| v. | * | **JUDGE** |
| **0.104 ACRES of LAND, MORE or LESS, SITUATE in PARISH of PLAQUEMINES STATE of LOUISIANA, and MARTIN RIEGO, ET AL** | * | **MAGISTRATE** |
| | * | **TRACT NO. 146E** |
|    Defendants | * | |
| | * * * | |

## COMPLAINT IN CONDEMNATION

1. This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2. The authority for the taking are set forth in Schedule "A" annexed hereto and made a part hereof.

3. The uses for which the property is to be taken and the property to be taken, the estates to be taken, the amount of just compensation and the names and addresses of the persons having or claiming an interest in said property are described in Schedules "B", "C", "D", "E", "F" and "G" annexed hereto and made a part hereof.

4. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

- 1 -

**WHEREFORE**, Plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

    Respectfully submitted,

    PETER G. STRASSER
    UNITED STATES ATTORNEY

    */s/ Glenn K. Schreiber*_____
    GLENN K. SCHREIBER
    Assistant United States Attorney
    U.S. Attorney's Office (E.D. La.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3093
    Fax: (504) 680-3174
    glenn.schreiber@usdoj.gov

SCHEDULE A

Tract No. 146E

**AUTHORITY FOR THE TAKING:**

The authority for the taking of said interest in land is under and in accordance with 40 U.S.C. §§ 3113 and 3114; 33 U.S.C. §§ 591 and 594; and 33 U.S.C. § 701n, which authorizes the repair and rehabilitation of any flood control work threatened or destroyed by flood; Section 203 of the Flood Control Act of 1962, Pub. L. No. 87-874, as amended, which authorized the hurricane flood protection project on the Mississippi River Delta at and below New Orleans, Louisiana, now known as the New Orleans to Venice Hurricane Protection Project; and Chapter 3 of Title I of Division B of the Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Pub. L. No. 109-148, 119 Stat. 2680, 2762-2763, which Act made funds available for such purposes.

SCHEDULE B

Tract No. 146E

**PUBLIC USES:**

The public uses for which said interest in land is taken are as follows:

Said interest in land is necessary for the construction, repair and restoration of the New Orleans to Venice Hurricane Protection Project, Westbank River Levee, Plaquemines Parish, Louisiana, and for such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE C

Tract No. 146E

**LEGAL DESCRIPTION:**

    A **CERTAIN TRACT OF LAND**, together with any and all buildings, improvements and appurtenances thereon, located in Section 13, Township 20 South, Range 29 East, Plaquemines Parish, Louisiana, and being a portion of a right of way to be acquired to accommodate construction of the New Orleans to Venice Hurricane Protection Project, being more particularly described as follows:

    For a **POINT OF REFERENCE (P.O.R.)**, commence at the U. S. Corps of Engineers Buras Levee District baseline monument at Station 979+09.23, having coordinate values of x = 3851881.7080 and y = 317577.9441, thence run South 78 degrees, 44 minutes, 30 seconds East along said Buras Levee District baseline a distance of 421.89 feet, thence run South 33 degree, 10 minutes, 43 seconds West, a distance of 68.54 feet to the POINT OF BEGINNING (P.O.B.), having coordinate values of x=3852257.4973 and y=317438.0268.

    From the **POINT OF BEGINNING**, run South 77 degrees, 12 minutes, 00 seconds East, a distance of 51.20 feet; thence run South 33 degrees, 10 minutes, 43 seconds West, a distance of 94.72 feet; thence run North 75 degrees, 41 minutes, 20 seconds West, a distance of 50.83 feet; thence run North 33 degrees, 10 minutes, 43 seconds East, a distance of 93.60 feet to the POINT OF BEGINNING.

    The above described tract contains **0.104 acres, more or less.**

    Being a portion of the property purchased by Leon Rodi and Johanna Alghero Rodi, husband and wife, from Sainville Cosse by cash sale of property dated January 3, 1920 and registered January 12, 1920, in Book 54, folio 589 of the Conveyance Records of Plaquemines Parish, Louisiana. And further acquired by Raymond A. Riego and Delia Rodi Riego, husband and wife, from Lawrence Dale Dennis, by cash sale of property dated March 16, 1977, and registered March 18, 1977 in Book 447, folio 121 of the Conveyance Records of Plaquemines Parish, Louisiana. And further acquired by Martin Riego, from Lillian Rodi Casbon, by cash sale of property dated August 15, 1987, and registered October 12, 1977, in Book 637, folio 141 of the Conveyance Records of Plaquemines Parish, Louisiana.

SCHEDULE D

Tract No. 146E



SCHEDULE E

Tract No. 146E

**ESTATE TAKEN:**

      A perpetual and assignable right and easement in Tract No. 146E to construct, maintain, repair, operate, patrol and replace a flood protection levee, including all appurtenances thereto; reserving, however, to the owners, their heirs and assigns, all such rights and privileges in the land as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

SCHEDULE F

Tract No. 146E

**ESTIMATE OF JUST COMPENSATION:**

The estimated just compensation to be deposited in the Registry of the Court: Twenty-Six Thousand Nine Hundred and no/100 dollars ($26,900).

SCHEDULE G

Tract No. 146E

**NAMES AND ADDRESSES OF INTERESTED PARTIES:**

Martin Riego
*aka* Martin Joseph Riego
249 Suberpine Drive
Gretna, LA 70056

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in
the Estate of Manuel Rodi
Addresses Unknown

Johanna Encalade
*aka* Johanna Rodi Encalade
166 Tangelo Drive
Buras, LA 70041

Jules Rodi, Jr.
*aka* Jules P. Rodi
*aka* Jules Peter Rodi
Post Office Box 396
Weed, CA  96094-0396

Delia Rodi Riego
*aka* Delia Riego
625 Edgemont Road
Quitman, AR 72131

Ernest Rodi
*aka* Ernest Anthony Rodi
424 Barracks Street, Apt. A
New Orleans, LA 70116

John L. Rodi
*aka* John Lynn Rodi
424 Barracks, Street, Apt. A
New Orleans, LA 70116

Peter Delwood Rodi
*aka* Delwood Rodi
*aka* Delwood Rodi, Jr.
3929 Windmere Court
Harvey, LA 70058

Jeffrey Rodi
3929 Windmere Court
Harvey, LA 70058

Velma Pattin
3929 Windmere Court
Harvey, LA 70058

Nicole Rodi, Jr.
*aka* Nicole Frank Rodi, Jr.
2900 Dove Avenue
Marrero, LA 70072

Clara Ancar
*aka* Clara Rodi Ancar
*aka* Clara R. Ancar
8080 Bellmont Street
Denham Springs, LA 70726

Bradley Rodi
*aka* Bradley Ignatius Rodi
12387 N. Oakland Lane
Biloxi, MS 39532

John Rodi
*aka* John R. Rodi
1418 Lytelle Street
Hayward, CA 94544

Arthur Jefferson Rodi
*aka* Arthur Jeffrey Rodi
*aka* Arthur Rodi
9729 Stipp Street
Burke, VA 22015

**SCH G, Page 2**

Trudy Rodi
*aka* Trudy Lynn Rodi Dial
*aka* Trudy Dial
39060 Agua Vista, Apt. 3
Murrieta, CA 92563

Michael Ancar
*aka* Michael Anthony Ancar
4868 Orleans Way, Lot 31
Marrero, LA 70072

Ferren Billiot
2385 Jean Lafitte Boulevard
Lafitte, LA 70067

Paul Billiot
*aka* Paul Anthony Billiot
941 Oak Street
Marrero, LA 70072

Elizabeth Berry
*aka* Elizabeth Ancar Berry
31296 Rosewood Avenue
Denham Springs, LA 70726

Melissa Bellanger
*aka* Melissa Ancar Bellanger
2385 Jean Lafitte Boulevard
Lafitte, LA 70067

Pearl Casbon
*aka* Pearl Riego Casbon
268 Cottonwood Drive
Gretna, LA 70056

Brian Riego
*aka* Brian Keith Riego
2457 Oxford Place
Gretna, LA 70056

Scott Riego
*aka* Scott Randolph Riego
553 Grovewood Drive
Gretna, LA 70056

**SCH G, Page 3**

Rudolfo Riego, Jr.
*aka* Rudolfo Riego, III
520 Wall Boulevard
Baywood Apartments, Bldg. 3 Apt. 47
Gretna, LA 70056

Raymond Riego, Jr.
*aka* Raymond A. Riego, Jr.
ID: 78182110
Jefferson Parish Correctional Center
Inmate Housing Area
Post Office Box 388
Gretna, LA 70053

John Riego
*aka* John Anthony Riego
473 Old Highway 24 W.
Kokomo, MS 39643

Belinda Riego
*aka* Belinda Kay Riego
*aka* Belinda Kay Riego Duncan
*aka* Belinda Duncan
1 Carolyn Street
Glen Carbon, IL 62034

Pamela Riego
*aka* Pamela M. Riego
625 Edgemont Road
Quitman, AR 72131

Anissa Casbon
525 Grovewood Dr.
Gretna, LA 70056

Karen Craig
*aka* Karen Ann Craig
429 Sugarpine Drive
Gretna, LA 70056

Melissa Martin
*aka* Melissa Riego Marlin
473 Old Highway 24 W.
Kokomo, MS 39643


Cary Encalade                                              Claims an interest from the last
*aka* Cary B. Encalade                                     will and testament of
*aka* Cary Blake Encalade                                  Manuel Rodi
166 Tangelo Drive
Buras, LA 70041

Unknown Owners

President, Plaquemines Parish Government                   Commandeering Authority
c/o Amos Cormier, Jr.
8056 Highway 23, Suite 208
Belle Chasse, Louisiana 70037


Sheriff & Ex-Officio Tax Collector                         Taxing Authority
Parish of Plaquemines
302 Main Street
Belle Chasse, Louisiana 70037

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
0.104 Acres of Land, more or less, situate in Parish of Plaquemines, States of Louisiana, and Martin Riego, et al

**(b)** County of Residence of First Listed Plaintiff: **Orleans**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Plaquemines**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Glenn K. Schreiber, AUSA
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras St., Suite 1600
New Orleans, LA 70130
504-680-3093

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☒ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rule 71A, Fed.R.Civ.P. and the 5th Amendment of the Constitution per 28 USC Sec. 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 08/31/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ Glenn K. Schreiber

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.  Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.